UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-20939-SCOLA/GOODMAN

TIFFANY CRAFT,

      Plaintiff(s),

vs.

AETNA LIFE INSURANCE COMPANY,

      Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Tiffany Craft, by and through her undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a dismissal with prejudice in the near future pending finalization of the Release and Settlement Agreement.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed with the clerk of court via CM/ECF on this the May 13, 2022.

                        ATTORNEYS DELL AND SCHAEFER,
                        CHARTERED
                        Attorneys for Plaintiff
                        2625 Weston Road
                        Weston, FL  33331
                        Office:  (954) 620-8300;
                        Fax:  (954) 922-6864

                        */s/ Cesar Gavidia*
                        CESAR GAVIDIA, ESQUIRE
                        Cesar@Diattorney.com
                        Florida Bar No.: 015263