UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-20939-SCOLA/GOODMAN

TIFFANY CRAFT,

    Plaintiff(s),

vs.

AETNA LIFE INSURANCE COMPANY,

    Defendant(s).

_____/

## **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

Now comes Plaintiff, TIFFANY CRAFT, by and through her undersigned legal counsel, gives notice and hereby files this Notice of Dismissal with Prejudice in the above-referenced matter and hereby move that this cause be dismissed with prejudice, each party bearing its own costs and attorney's fees.

Dated: June 9, 2022

Respectfully Submitted,

ATTORNEYS DELL & SCHAEFER
CHARTERED
Attorneys for Plaintiff
2404 Hollywood Boulevard
Hollywood, FL  33020
(954) 620-8300

*/s/Cesar Gavidia*
CESAR GAVIDIA, ESQUIRE
Cesar@diattorney.com
Florida Bar No.: 015263

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed with the clerk of court via CM/ECF on this the June 9, 2022, 2022.

ATTORNEYS DELL AND SCHAEFER, CHARTERED
Attorneys for Plaintiff
2625 Weston Road
Weston, FL  33331
Office:  (954) 620-8300;
Fax:  (954) 922-6864

*/s/ Cesar Gavidia*_____
CESAR GAVIDIA, ESQUIRE
Cesar@Diattorney.com
Florida Bar No.: 015263